UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 12cr0706-BTM |
| Plaintiff, | ) | ORDER AND JUDGMENT TO DISMISS THE INDICTMENT |
| v. | ) | |
| JOSE ARNULFO CRUZ-ROMERO, | ) | |
| Defendant. | ) | |

    IT IS HEREBY ORDERED that the Indictment in Case No. 11cr3641-BEN against defendant JOSE ARNULFO CRUZ-ROMERO be dismissed without prejudice.

IT IS SO ORDERED.

DATED: June 26, 2012

*/s/ Barry Ted Moskowitz*
BARRY TED MOSKOWITZ, Chief Judge
United States District Court